| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>BREYER, STEPHEN G. | 2. Court or Organization<br><br>U.S. SUPREME COURT | 3. Date of Report<br><br>07/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>ASSOC. JUSTICE SUPREME COURT | 5a. Report Type (check appropriate type)<br>☐ Nomination      Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>SUPREME COURT OF UNITED STATES<br>1 FIRST STREET, N.E.<br>WASHINGTON, D.C. 20543 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE (HONORARY) | DANA-FARBER CANCER INSTITUTE |
| 2. | JUROR | THE PRITZKER ARCHITECTURE PRIZE |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2017 | PENGUIN RANDOM HOUSE LLC.; ROYALTY INCOME | $4,765.68 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pritzker Organization | Jan 13-16, 2017 | New York City, NY | Pritzker Jury Deliberations | Transportation, Lodging & Meals |
| 2. | Tau Epsilon Rho | Feb 10-11, 2017 | Sarasota, FL | 96th Annual Convention of Tau Epsilon Rho & Cardoza Award | Transportation, Lodging & Meals |
| 3. | Columbia Law School | April 12-13, 2017 | New York City, NY | Justice Breyer to receive Wolfgang Friedmann Memorial Award and give speech | Transportation & Meal |
| 4. | Yale Law School | May 23, 2017 | New Haven, CT | Dean Robert Post Retirement Dinner | Transportation & Meal |

| | | | | |
|---|---|---|---|---|
| 5. | Israel Democracy Institute | Sept 9-11, 2017 | Baltimore, MD | International Advisory Council Meeting | Transportation, Lodging & Meals |
| 6. | Yale Global Constitutional Symposium | Sept 13-15, 2017 | New Haven, CT | Annual Symposium | Lodging & Meals |
| 7. | Nexus Instituut | Sept 21-24, 2017 | Amsterdam, Netherlands | Annual Nexus Lecture | Transportation for Justice & Mrs. Breyer , Lodging & Meals |
| 8. | The Connecticut Forum | Sept 28, 2017 | Hartford, CT | The Connecticut Forum Interview | Meal |
| 9. | Hofstra University | Oct 23, 2017 | Hempstead, NY | 30th Anniversary of Sentencing Commission | Transportation |
| 10. | CORIM Luncheon & Lord Reading Law Society & Supreme Court of Canada | Oct 25-26, 2017 | Montreal, Canada & Ottawa, Canada | CORIM Lunch Lord Reading Law Society Dinner & Supreme Court of Canada Forum | Transportation & Meals |
| 11. | Harvard Law School | Oct 26, 2017 | Cambridge, MA | Attended Harvard Law School's Bicentennial | Transportation |
| 12. | Pritzker Organization | Nov 12-19, 2017 | Mexico City, Mexico & Lima, Peru | Pritzker Jury member travel to view architectural sites | Transportation & Meals |
| 13. | Univ. of South Carolina | Dec 18, 2017 | Columbia, SC | Honorary Degree & Commencemen Ceremony | Transportation & Meal |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 07/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA ACCOUNT: | | | | | | | | | |
| 2. DEUTSCHE TOTAL RETURN BOND FUND-S (FKA DEUTSCHE CORE PLUS INC FD) -IRA | A | Dividend | K | T | | | | | |
| 3. DEUTSCHE CROCI US FUND-S | B | Dividend | L | T | | | | | |
| 4. OTHER HOLDINGS: | | | | | | | | | |
| 5. DEUTSCHE TOTAL RETURN BOND FUND-S (FKA DEUTSCHE CORE PLUS INC FD) -IRA | A | Dividend | K | T | | | | | |
| 6. BANK OF AMERICA - CHECKING | A | Interest | L | T | | | | | |
| 7. TIAA/CREF: | | | | | | | | | |
| 8. TIAA/CREF - TIAA TRADITIONAL (FIXED ANNUITY) | E | Int./Div. | O | T | | | | | |
| 9. TIAA/CREF - TIAA REAL ESTATE | D | Int./Div. | M | T | | | | | |
| 10. TIAA/CREF - CREF BOND MARKET R3 | D | Int./Div. | M | T | | | | | |
| 11. TIAA/CREF - CREF STOCK R3 | G | Int./Div. | P1 | T | | | | | |
| 12. TIAA/CREF - CREF INF-LINKED BOND R3 | D | Int./Div. | N | T | | | | | |
| 13. TIAA/CREF - CREF STOCK R1 | E | Int./Div. | L | T | | | | | |
| 14. TRUST: | | | | | | | | | |
| 15. TAI SHAN FUND | B | Int./Div. | M | T | | | | | |
| 16. VANGUARD WINDSOR FUND (FKA WINDSOR FUND) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. AUTOMATIC DATA PROCESSING INC COMMON STOCK | C | Dividend | M | T | | | | | |
| 18. CINTAS CORP. COMMON STOCK | A | Dividend | L | T | Sold (part) | 03/13/17 | L | F | |
| 19. SYSCO CORP. COMMON STOCK | C | Dividend | M | T | Sold (part) | 03/13/17 | L | E | |
| 20. VANGUARD 500 INDEX FUND | D | Dividend | O | T | | | | | |
| 21. APPLIED ANALYSIS INC - COMMON STOCK | | None | J | T | | | | | |
| 22. APPLIED ANALYSIS INC - PREFERRED STOCK | | None | J | T | | | | | |
| 23. VANGUARD DIVIDEND GROWTH FUND -IV | C | Dividend | M | T | | | | | |
| 24. VANGUARD MID-CAP INDEX FUND -A | A | Dividend | L | T | Sold (part) | 04/26/17 | L | F | |
| 25. DODGE & COX INTERNATIONAL STOCK FUND | B | Dividend | L | T | | | | | |
| 26. ROYCE LOW-PRICED STOCK SERVICE FUND | A | Dividend | K | T | | | | | |
| 27. OAKMARK INTERNATIONAL FUND - 1 | B | Dividend | L | T | | | | | |
| 28. FEDERATED US TREASURY CASH RSV FD-I | A | Dividend | K | T | | | | | |
| 29. VANGUARD SMALL CAP INDEX-INV | A | Dividend | K | T | | | | | |
| 30. FIDELITY MA MUNICIPAL INCOME | A | Dividend | K | T | | | | | |
| 31. US TREASURY NOTES 1.875% 8/31/17 | A | Interest | | | Matured | 08/31/17 | K | A | |
| 32. FASTENAL CO. | B | Dividend | L | T | | | | | |
| 33. US TREASURY NOTES 1.375% 6/30/18 | B | Interest | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. US TREASURY NOTES 1.500% 5/31/19 | C | Interest | N | T | Buy (add'l) | 03/16/17 | M | | |
| 35. US TREASURY NOTES 1.625% 3/15/20 | A | Interest | L | T | Buy | 09/05/17 | K | | |
| 36. | | | | | Buy (add'l) | 10/24/17 | L | | |
| 37. OTHER ASSETS: | | | | | | | | | |
| 38. TIAA/CREF RETIREMENT ACCOUNTS: | | | | | | | | | |
| 39. TIAA/CREF - TIAA TRADITIONAL (FIXED ANNUITY) | C | Int./Div. | L | T | | | | | |
| 40. TIAA/CREF - CREF STOCK R2 | D | Int./Div. | L | T | | | | | |
| 41. SK-N-A NATIONAL BANK SAVINGS ACCT | A | Interest | J | T | | | | | |
| 42. PEARSON PLC ORD. STOCK | E | Dividend | N | T | Sold (part) | 02/23/17 | M | G | |
| 43. RENTAL PROPERTY - NEVIS WEST INDIES | E | Rent | N | W | | | | | |
| 44. LAND IN PLAINFIELD, NH | | None | N | W | Sold (part) | 08/21/17 | K | E | |
| 45. LOWES COMPANIES INC - COMMON STOCK | B | Dividend | M | T | | | | | |
| 46. PACCAR INC - COMMON STOCK | C | Dividend | M | T | | | | | |
| 47. UNITED TECHNOLOGIES CORP - COMMON STOCK | C | Dividend | M | T | | | | | |
| 48. CISCO SYSTEMS INC - COMMON STOCK | A | Dividend | | | Sold | 01/18/17 | L | E | |
| 49. AIR PRODUCTS & CHEMICAL INC - COMMON STOCK | A | Dividend | | | Sold | 01/12/17 | K | E | |
| 50. SSGA MONEY MARKET FUND | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. LEXINGTON MA GO 4% 2/15/21 | B | Interest | M | T | | | | | |
| 52. STANCROFT TRUST LIMITED | | None | O | W | | | | | |
| 53. FIRST CARIBBEAN INTERNATIONAL BANK - CHECKING | | None | K | T | | | | | |
| 54. EATON VANCE LARGE CAP GROWTH FUND - I | E | Dividend | N | T | | | | | |
| 55. EATON VANCE LARGE CAP VALUE FUND - I | E | Dividend | N | T | Buy (add'l) | 03/09/17 | J | | |
| 56. EATON VANCE TAX M S/C | D | Dividend | L | T | | | | | |
| 57. EATON VANCE ATLANTA SM CP-I | C | Dividend | M | T | | | | | |
| 58. VERSUM MATERIALS INC. | | None | | | Sold | 01/12/17 | J | B | |
| 59. DFCI RETIREMENT PLAN (401A) (FIDELITY INVESTMENTS) - NO CONTROL | C | Int./Div. | K | T | | | | | |
| 60. VANGUARD INT - TERM CORPORATE | B | Dividend | L | T | Buy | 05/18/17 | L | | |
| 61. ZELFI SPORTS HOLDING LTD | | None | L | W | | | | | |
| 62. TOPGOLF INTERNATIONAL, INC. | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G. | 07/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE REPORT WAS PREPARED BY:

CITRIN COOPERMAN & COMPANY, LLP
529 FIFTH AVENUE
NEW YORK, NEW YORK 10017

PART VII, LINES 61-62:

SHARES OF ZELFI SPORTS HOLDING LTD AND TOPGOLF INTERNATIONAL, INC. (BOTH HELD BY      ) WERE INADVERTENTLY OMITTED FROM THIS FINANCIAL DISCLOSURE REPORT. TOPGOLF INTERNATIONAL, INC. IS NOT A PUBLICLY TRADED COMPANY, AND THE VALUE OF ITS SHARES IS NOT CURRENTLY ASCERTAINABLE. THE VALUE CODE LISTED IN COLUMN C(1) IS THE ORIGINAL PURCHASE PRICE OF THE SHARES IN 2006.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STEPHEN G. BREYER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544